IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALFREDO VEGA,

                    Plaintiff,

    v.

LUCUS WEBER and LINDSEY WALKER,

                    Defendants.

ORDER

17-cv-116-jdp

---

Plaintiff Alfredo Vega brings claims that prison officials conducted a disciplinary hearing without giving him proper advance notice, which he says violated his due process rights. Similar to his request from his other open case in this court, 16-cv-573-jdp, Vega requests an order directing the state to provide him with copies of the documents that have been filed in this case, because his legal materials were damaged from a fire in his cell and then removed by prison staff. Vega explains that he set the fire in a suicide attempt.

Briefing has not been set on his motions in this case. Although the state agreed to give Vega copies in the '573 case, there is no need for the state to respond now. I will direct the clerk of court to provide Vega with copies of these documents. As I stated in the '573 case, I urge Vega not to make further attempts at self-harm, and he should be aware that his access to property may need to be reviewed if he is using it to harm himself. The parties should keep me updated of any developments relating to whether Vega can safely keep legal materials in his cell.

ORDER

IT IS ORDERED that plaintiff Alfredo Vega's motions for an order directing the state to provide him with copies of his legal materials, Dkt. 6 and Dkt. 8, are DENIED as moot. The clerk of court is directed to provide Vega with a copy of the documents that have been filed in this case.

Entered May 24, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge