IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALFREDO VEGA,,

    Plaintiff,

  v.

LUCAS WEBER AND
LINDSEY WALKER,

    Defendants.

Case No. 17-cv-116-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |